[No. 37317-3-II.   Division Two.   November 4, 2008.]

DAVID ROY TAYLOR ET AL., *Appellants*, v. UNION CARBIDE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-04511-8, Lisa R. Worswick, J., entered January 11, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 25961-7-III.   Division Three.   November 4, 2008.]

KATHERINE M. HORST ET AL., *Appellants*, v. DONALD BISHOP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 03-2-00256-2, Adala A. Hillie, J. Pro Tem., entered February 5, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[Nos. 26312-6-III; 26362-2-III.   Division Three.   November 4, 2008.]

*In the Matter of the Estate of* JOHN DAVID JOHNSON.

LORI ANNE STIGGE, *as Co-Trustee, Appellant*, v. STEVEN C. PETERSON ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Franklin County, Nos. 04-2-50505-7 and 4-3691, Craig J. Matheson, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 59666-7-I.   Division One.   November 10, 2008.]

*In the Matter of the Detention of* GALE WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-16726-8, Laura C. Inveen, J., entered February 16, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Agid and Becker, JJ.